**O'CONNOR · FIRST**

O'Connor, O'Connor, Bresee & First PC
ATTORNEYS AT LAW

20 Corporate Woods Blvd., Albany, New York 12211
PHONE New York (518) 465-0400 | FAX (518) 465-0015 | WEBSITE www.1stlaw.com

March 18, 2021

**Via ECF**
Hon. Andrew T. Baxter
United States Magistrate Judge
U.S.D.C., N.D.N.Y
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

   **Re: Polanco v Halloran-Ruhle, et al.**
     **Our File No.: 235-09778**

Dear Magistrate Baxter:

  In follow-up to Attorney Pickles' communication with your chambers, please accept the following as a request on behalf of all defendants that the above-referenced matter be marked dismissed due to the pending execution of a release by the plaintiff.

  Although plaintiff's counsel has been provided with the release and settlement agreement by defendants, he has advised that he has not yet been able to have these documents executed and needs additional time. In light of this, should the Court grant defendants' request, defendants would consent to there being an ability by any party to re-open the matter within 60 days of this Court's Order should there be a need.

  Thank you for your time and consideration of the defendants' joint request.

       Respectfully submitted,

       **O'CONNOR ◊ FIRST**

     By:_____
       ELIZABETH J. GROGAN
       Email: grogan@oobf.com

cc: All counsel via ECF